Mark Borghese, Esq.
Nevada Bar No. 6231
*mark@borgheselegal.com*
**BORGHESE LEGAL, LTD.**
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Tel. (702) 382-0200
Fax (702) 382-0212

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SHERRY L. HACKETT, an individual, | Case No.: 2:12-cv-00307-KJD -GWF |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| PSYCHIC FRIENDS, LLC, a Delaware limited liability company, | |
| Defendant. | |
| AND ALL RELATED CLAIMS | |

WHEREAS, this matter has been resolved by the mutual agreement of the parties, Plaintiff SHERRY L. HACKETT and Defendant PSYCHIC FRIENDS, LLC hereby stipulate to the dismissal of this action with prejudice as follows:

1. That all claims and counterclaims relating to this action are hereby DISMISSED WITH PREJUDICE.

2. That all parties will bear their own attorney's fees and costs;

3. That this ORDER shall resolve this entire matter and act as a FINAL ORDER of this Court; and

/ / /

/ / /

/ / /

BORGHESE LEGAL, LTD.
10161 PARK RUN DRIVE,
SUITE 150
LAS VEGAS,
NEVADA 89145
(702) 382-0200

2012-08-10-Stipulation and order for dismissal.doc      1

4. That upon the entry of this ORDER this matter shall be closed by this Court.

IT IS SO STIPULATED:

DATED: 8/10/2012                              DATED: 8/10/2012

**BORGHESE LEGAL, LTD.**                     **OSTERGAR LAW GROUP PC**

By: */s/ Mark Borghese*                      By: */s/ Allen C. Ostergar III*
    Mark Borghese, Esq.                              Allen C. Ostergar III
    10161 Park Run Drive, Suite 150                  27101 Puerta Real, Suite 450
    Las Vegas, NV 89145                              Mission Viejo, CA 92691
    Attorneys for Plaintiff                          Attorneys for Defendant

**ORDER**

**IT IS SO ORDERED**:

_____
UNITED STATES DISTRICT JUDGE

DATED: 8/13/12

BORGHESE LEGAL, LTD.
10161 PARK RUN DRIVE,
SUITE 150
LAS VEGAS,
NEVADA 89145
(702) 382-0200

2012-08-10-Stipulation and order for dismissal.doc    2